# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 18-23626 |
| Doris Ann Nelson | Chapter 13 |
| Debtor. | Hon. Judge Janet S. Baer |

## NOTICE OF MODIFICATION OF AUTOMATIC STAY

**VIA ELECTRONIC NOTICE:**

    Richard E Sexner, Debtor Counsel,
    richard@sexnerlaw.com

    Glenn B Stearns, Trustee
    stearns_g@lisle13.com

**VIA U.S. MAIL:**

    Doris Ann Nelson
    2060 Carolyn Road
    Aurora, IL 60506

PLEASE TAKE NOTICE that the Debtor has failed to comply with the provisions set forth in the Order of this Honorable Court dated August 06, 2019, and hereto attached. In accordance with said Order, U.S. Bank Trust National Association as Trustee of Lodge Series IV Trust filed and mailed notification of non-compliance to all required parties on July 16, 2020. The Debtor did not cure the default within the time specified in said Notice.

THEREFORE, the automatic stay has been modified and Bankruptcy Rule 4001(a)(3) waived, as to U.S. Bank Trust National Association as Trustee of Lodge Series IV Trust, its successors

and/or assigns, as to a certain mortgage upon real estate, with a common address of 2060 Carolyn Road, Aurora, IL 60506.

Dated: August 6, 2020                              Respectfully Submitted,

/s/ Jon J. Lieberman
Jon J. Lieberman (OH 0058394)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Movant

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Notice upon the above-named parties by electronic filing or, as noted above, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 394 Wards Corner Rd., Suite 180, Loveland, OH 45140 on August 6, 2020, before the hour of 5:00 p.m.

/s/ Jon J. Lieberman
Jon J. Lieberman (OH 0058394)
Attorney for Movant